# Court of Appeals
# of the State of Georgia

ATLANTA,  August 20, 2018

*The Court of Appeals hereby passes the following order:*

## A19E0003. McDONALD v. McDONALD.

Neva McDonald filed an emergency "Petition For Stay of Execution of Supersedeas" addressing the trial court's ruling on supersedeas in its "Final Judgment and Decree of Divorce" in this case. However, McDonald has not filed an application for discretionary review of the trial court's judgment. See OCGA § 5-6-35 (a) (2). Thus, there is no pending case over which this Court has jurisdiction that would provide a basis for granting supersedeas. See Court of Appeals Rule 40 (b) ("Generally, no [emergency] order shall be made or direction given in an appeal until it has been docketed in this Court."). See also Court of Appeals Rules 40 (a) ("The filing of an application for discretionary appeal shall act as a supersedeas to the same extent as a notice of appeal. See OCGA § 5-6-35 (h).").

Accordingly, McDonald's emergency motion is DENIED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/20/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*                    , Clerk.